UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE REYNOLDS AND REYNOLDS COMPANY,<br><br>    Plaintiff,<br>vs.<br><br><br>SMART SOURCE, LLC, and SMART SOURCE OF GEORGIA, LLC,<br><br>    Defendants. | Civil Action No.<br>1:23-cv-02086-ELR |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties jointly move the Court to extend the time for Defendants to respond to the Complaint from August 6, 2022, to **August 21, 2023**.

Good cause justifies the requested extension. Defendants' co-counsel were recently retained, and Defendants require additional time to investigate the factual allegations in the Complaint. The extension of time will also provide the parties time to continue exploring potential early resolution of this matter.

For the foregoing reasons, the parties jointly ask the Court to extend Defendants' deadline to respond to the Complaint to August 21, 2023.

Respectfully submitted,

*s/ Lori J. Christman*
Louis Levenson
Georgia Bar No. 447938
Lori J. Christman
Georgia Bar No. 125522
**LEVENSON & ASSOCIATES**
3330 Cumberland Boulevard, SE
Suite 925
Atlanta, GA 30339
Telephone: (404) 659-5000
Facsimile: (404) 659-1355
louis@levensonlaw.com
lori@levensonlaw.com

*Counsel for Defendants Smart Source, LLC and Smart Source of Georgia, LLC*


*s/ Jenna S. Schneider with permission*
Jenna S. Schneider
Georgia Bar No. 404596
**THOMPSON HINE LLP**
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, GA 30326
Telephone:  (404) 541-2900
Facsimile:  (404) 541-2905
jenna.schneider@thompsonhine.com

Steven J. Elleman
*Admitted Pro Hac Vice*
Sean P. McCormick
*Admitted Pro Hac Vice*
**THOMPSON HINE LLP**
Discovery Place
10050 Innovation Drive, Suite 400
Dayton, OH 45342
Telephone:  (937) 443-6600
Facsimile:  (937) 443-6635
steve.elleman@thompsonhine.com
sean.mccormick@thompsonhine.com

*Counsel for Plaintiff*
*The Reynolds and Reynolds Company*

2

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system this the 4th day of August 2023, upon the following:

Jenna S. Schneider
Georgia Bar No. 404596
**THOMPSON HINE LLP**
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, Georgia 30326
jenna.schneider@thompsonhine.com

Steven J. Elleman
Sean P. McCormick
**THOMPSON HINE LLP**
Discovery Place
10050 Innovation Drive, Suite 400
Dayton, Ohio 45342
steve.elleman@thompsonhine.com
sean.mccormick@thompsonhine.com

*Counsel for Plaintiff*
*The Reynolds and Reynolds Company*

                *s/ Lori J. Christman*