# UNITED STATES DISTRCIT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| THE REYNOLDS AND REYNOLDS COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 1:23-cv-02086-ELR |
| SMART SOURCE, LLC, and SMART SOURCE OF GEORGIA, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 28, 2023, Plaintiff The Reynolds and Reynolds Company ("Plaintiff") and Defendants Smart Source, LLC and Smart Source of Georgia, LLC (collectively "Defendants," and, together with Plaintiff, the "Parties") file this Joint Status Report regarding the status of settlement.

The Parties have exchanged numerous drafts of a settlement agreement. At this time the Parties appear to be in agreement except for a single clause. The last draft/offer was sent from Defendants to Plaintiff on November 27, 2023 which Plaintiff is currently evaluating.

Respectfully submitted this 1st of December, 2023.

(*Signatures on following page*)

<div style="display: flex;">
<div>

*/s/ Jenna S. Schneider*
Jenna S. Schneider
Georgia Bar No. 404596
**THOMPSON HINE LLP**
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, Georgia 30326
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
*jenna.schneider@thompsonhine.com*

Steven J. Elleman
*Admitted Pro Hac Vice*
Sean P. McCormick
*Admitted Pro Hac Vice*
**THOMPSON HINE LLP**
Discovery Place
10050 Innovation Drive, Suite 400
Dayton, Ohio 45342
Phone: (937) 443-6600
Fax: (937) 443-6635
*steve.elleman@thompsonhine.com*
*sean.mccormick@thompsonhine.com*

*Counsel for Plaintiff*
*The Reynolds and Reynolds Company*

</div>
<div>

*/s/ Louis Levenson*
Louis Levenson
Georgia Bar No. 447938
Lori J. Christman
Georgia Bar No. 125522
**LEVENSON & ASSOCIATES**
3330 Cumberland Boulevard, SE
Suite 925
Atlanta, GA 30339
Telephone: (404) 659-5000
Facsimile: (404) 659-1355
*louis@levensonlaw.com*
*lori@levensonlaw.com*

Tim Harvey
*Admitted Pro Hac Vice*
Russell Taber
*Admitted Pro Hac Vice*
Grace C. Peck
*Admitted Pro Hac Vice*
**RILEY & JACOBSON, PLC**
1906 West End Avenue
Nashville, Tennessee 37203
Phone: (615) 320-3700
*tharvey@rjfirm.com*
*rtaber@rjfirm.com*
*gpeck@rjfirm.com*

*Counsel for Defendants*
*Smart Source, LLC and*
*Smart Source of Georgia, LLC*

</div>
</div>

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing *Joint Status Report* has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

    /s/Jenna S. Schneider
    Georgia Bar No. 404596
    *jenna.schneider@thompsonhine.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2023, they caused the foregoing to be filed with Court via the Court's CM/ECF system and emailed to the following:

Louis Levenson
Lori J. Christman
LEVENSON & ASSOCIATES
3330 Cumberland Boulevard, SE, Suite 925
Atlanta, Georgia 30339
Phone: (404) 659-5000
Fax: (404) 659-1355
louis@levensonlaw.com
lori@levensonlaw.com

Tim Harvey
Russell Taber
Grace C. Peck
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Phone: (615) 320-3700
tharvey@rjfirm.com
rtaber@rjfirm.com
gpeck@rjfirm.com

/s/Jenna S. Schneider
Jenna S. Schneider
Georgia Bar No. 404596
jenna.schneider@thompsonhine.com